IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Blaine Franklin Shaw, *et al*.<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 6:19-CV-01343 |
| Mark Erich, *et al*.<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 20-CV-01067 |

**OPPOSITION TO PLAINTIFFS' MOTION
TO UTILIZE UNOFFICIAL TRANSCRIPTS**

Defendant Herman Jones opposes Plaintiffs' motion in Case No. 20-CV-01067, Doc. 71 and Case No. 19-CV-1343, Doc. 524, which would permit them to cite to and possibly file excepts of unofficial transcripts if granted. Defendant opposes the motion for the following reasons:

1. D. Kan. Local Rule 80.1 expresses the policy that unofficial transcripts may not be quoted from in arguments to or filings with the Court.

2. By their very nature, the unofficial transcriptions are subject to change or modification.

1

3. Use of unofficial transcripts creates duplicative expense and possible confusion regarding the proper record for the Court's decision, the record the Court ultimately relies upon, and the record for any appeal. Presumably, the entire set of unofficial transcripts would need to be filed and included in the Court's record if citation to that unofficial record is allowed.

4. Furthermore, the unofficial transcripts are not equally available to the parties. Plaintiffs are unwilling to provide a copy of the transcripts to Defendant.

5. Finally, Plaintiffs do not show good cause for deviation from Rule 80.1. Presentation of proposed fact findings does not require citation to a record, certainly not an unofficial transcription. Plaintiffs' counsel may use the unofficial transcripts in the preparation of their proposed findings. But they should not be permitted to present the transcripts as a basis for the proposed findings or assert that Plaintiffs' proposed findings should be adopted because of unofficial transcriptions.

Respectfully Submitted,

OFFICE OF KANSAS ATTORNEY GENERAL
KRIS KOBACH

/s/ Arthur S. Chalmers
Arthur S. Chalmers #11088
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: 785-368-6244
FAX: 785-291-3767
Email: art.chalmers@ag.ks.gov
*Attorneys for the Defendant Jones*

**CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of May, 2023, I electronically sent a copy of OPPOSITION TO PLAINTIFFS' MOTION TO UTILIZE UNOFFICIAL TRANSCRIPTS to all counsel of record.

                                              s/Arthur S. Chalmers
                                              Arthur S. Chalmers